UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>    Defendant. | Case No. 19-mc-80057-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 3 |

On March 6, 2019, Plaintiff Qualcomm Inc. filed a motion to compel third-party Intel Corporation to comply with a document subpoena. (Dkt. No. 1.) Plaintiff also filed an administrative motion to file under seal information which refers to material designed as highly confidential by Intel and Apple under a protective order. (Dkt. No. 3.) Per Local Rule 79-5(e), when "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party . . . (1) [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

As of the date of this order, the required declarations have not been filed. Accordingly, Intel and Apple are ordered, on or before March 22, 2019, to: (1) file the required declaration establishing that the designated material is sealable, and (2) respond to this order to show cause by explaining why they did not file a timely declaration. Failure to complete both tasks by March 22, 2019 will result in this Court denying Plaintiff's motion to file under seal.

IT IS SO ORDERED.

Dated: March 18, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge