UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO: Intel Corporation<br><br>In the Case of:<br><br>QUALCOMM INCORPORATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INCORPORATED,<br><br>    Defendant. | Case No. 19-mc-80057-KAW<br><br>Related to Case Nos. 4:19-mc-80038-KAW and 3:17-CV-02398-DMS-MDD (Pending in the United States District Court for the Southern District of California)<br><br>**[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Case No. 19-mc-80057-KAW

ActiveUS 172639551v.1

Before the Court is Qualcomm Incorporated's ("Qualcomm") Administrative Motion to Seal Confidential Information Pursuant to Local Rules 7-11 and 79-5 ("Motion") (Mar. 29, 2019, Dkt. No. 23).  After reviewing the Motion and the supporting declaration, as well as the Selwyn Declaration in Support of Qualcomm's Administrative Motion to Seal ("Selwyn Declaration") filed by Intel on April 1, 2019, and finding good cause to seal, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir. 2003)), Qualcomm's Motion to Seal is GRANTED, according to the redactions proposed by Intel in the Selwyn Declaration:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Qualcomm's Reply Brief in Support of its Motion to Compel | Marked portions of pages 5-7 and 14 | Intel |
| Exhibit AA | Marked portions of pages 3-26 | Intel |

**IT IS SO ORDERED.**

Dated:  4/8/19

*/s/ Kandis Westmore*

The Honorable Kandis A. Westmore

United States Magistrate Judge