WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Intel Corporation*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Patrick D. Curran (SBN: 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Qualcomm Incorporated*

*[Additional counsel identified on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE SUBPOENA ISSUED TO:
Intel Corporation

In the Case of:

QUALCOMM INCORPORATED,
Plaintiff,
v.
APPLE INCORPORATED,
Defendant.

Case No. 4:19-mc-80038-KAW
Case No. 4:19-mc-80057-KAW

Pending in S.D. Cal: *Qualcomm Incorporated v. Apple Inc.,* Case No. 3:17-CV-02398-DMS-MDD

**JOINT STATUS REPORT**

Case No. 4:19-mc-80038-KAW
Case No. 4:19-mc-80057-KAW
Joint Status Report

Pursuant to the Court's April 23, 2019 Order, Qualcomm Incorporated ("Qualcomm") and Intel Corporation ("Intel") submit this Joint Status Report regarding the settlement of the underlying litigation, *Qualcomm Incorporated. v. Apple Inc.*, Case No. 3:18-CV-02398 (the "2398 Action").

On April 22, 2019, the parties to the 2398 Action filed a Joint Stipulation to Dismiss all claims in the 2398 Action, which the Court entered on April 23, 2019. Accordingly, the parties withdraw their respective motions in these matters, and respectfully request the matters be closed.

Dated: April 29, 2019

By: */s/ Mark D. Selwyn*

WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 617-526-5000

Nina S. Tallon (*pro hac vice*)
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Intel Corporation*

By: */s/ Michelle A. Clark*

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michelle A. Clark (SBN: 243777)
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew M. Holmes (SBN: 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 443-3100

Patrick D. Curran (SBN; 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Zachariah Summers (SBN: 255384)
zachsummers@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Qualcomm Incorporated*

**ATTORNEY ATTESTATION**

I, Mark D. Selwyn, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 29, 2019

By: */s/ Mark D. Selwyn*

Mark D. Selwyn

Case No. 4:19-mc-80038-KAW 3 Joint Status Report
Case No. 4:19-mc-80057-KAW